SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
FREIGHTQUOTE.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREIGHTQUOTE.COM, INC., and DOES 1-10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:18-cv-07986<br><br>*[Hon. Christina A. Snyder; Courtroom 8D]*<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  September 14, 2018 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff TERRY FABRICANT ("Plaintiff") has agreed in principle to settle his claims against defendant FREIGHTQUOTE.COM, INC. ("Defendant"), which will result in the dismissal of Plaintiff's individual claims with prejudice and the putative class claims without prejudice. The parties anticipate that they will execute a settlement agreement and that Plaintiff will file a voluntary dismissal of the action within 45 days.

Accordingly, the parties respectfully request that all proceedings be taken off calendar.

DATED: October 24, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ D. Joshua Salinas*
    Robert B. Milligan
    Joseph A. Escarez
    D. Joshua Salinas
Attorneys for Defendant
FREIGHTQUOTE.COM, INC.

DATED: October 24, 2018

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Adrian R. Bacon*
    Todd M. Friedman
    Adrian R. Bacon
    Meghan M. George
    Thomas E. Wheeler
Attorneys for Plaintiff TERRY FABRICANT

NOTICE OF SETTLEMENT

51589336v.1

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i ), I, D. Joshua Salinas, hereby certify that the content of this document is acceptable to Adrian R. Bacon, counsel for Plaintiff, and that Mr. Bacon has provided his authorization to affix his electronic signature to this document.

DATED: October 24, 2018            SEYFARTH SHAW LLP

By: */s/ D. Joshua Salinas*
Robert B. Milligan
Joseph A. Escarez
D. Joshua Salinas
Attorneys for Defendant
FREIGHTQUOTE.COM, INC.

2
NOTICE OF SETTLEMENT

51589336v.1